# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Main:  305-949-7777  
Fax:    305-704-3877

Robert J. Mirel, Esq.  
Member NY& NJ Bars, AR Federal Bar  
Email: rjm@weitzfirm.com

March 24, 2016

**<u>Via ECF and Facsimile</u>**  
Honorable Magistrate Judge Leda Dunn Wettre  
United States District Court  
District of New Jersey  
402 East State Street, Room MLK 4A  
Trenton, NJ 08608

    Re: Salvi v. 495 Boulevard Association, L.L.C., et al.  
      Case No.: 2:15-cv-06459-MCA-LDW

Dear Judge Wettre:

  The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel. Upon payment of the settlement amount, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 60 days of such Order in the event the settlement agreement is not completed and executed within that time period.

  Thank you for your cooperation.

              Yours very truly,

              THE WEITZ LAW FIRM, P.A.

            By: _____  
              Robert J. Mirel, Esq.

cc:  Counsel of Record via ECF